THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Kelley S. and
 Wade S., III, Defendants,
 of whom Kelley
 S. is the Appellant.
 In the Interest of: E.R.H. 
 and J.D.B., both minor 
 children under the age of 18.
 
 
 

Appeal From Barnwell County
R. Kinard Johnson, Jr., Family Court
 Judge
Unpublished Opinion No. 2009-UP-404
Submitted August 1, 2009  Filed August
 19, 2009    
AFFIRMED

 
 
 
 Mitchell Jerry Williams, of Columbia, for
 Appellant.
 Amanda Frances Whittle, of Aiken, for Respondent.
 Patrick  McWilliams, of Aiken, for Guardian Ad Litem.
 
 
 

PER CURIAM: Kelley
 S. appeals from the family courts order
 terminating her parental rights to her minor children.  See S.C. Code Ann. § 63-7-2570 (2008).  Upon a thorough review of the
 record and the family courts findings of fact and conclusions of law, pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family courts
 ruling.   
AFFIRMED.[1] 
HEARN,
 C.J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.